**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7107**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

JAMES LEROY YOUNG,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Henry M. Herlong, Jr., District
Judge.  (CR-98-43, CA-00-558-7)

---

Submitted:  January 31, 2001       Decided:  February 28, 2001

---

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

James Leroy Young, Appellant Pro Se.  Harold Watson Gowdy, III,
OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina,
for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Leroy Young seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Young</u>, Nos. CR-98-43; CA-00-558-7 (D.S.C. Mar. 23, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>